UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARDO CURTIS,

    Petitioner,

v.

A. SHERROD,

    Respondent.

Case No. 07-cv-384-JPG

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

| | |
|---|---|
| **DATED:** October 10, 2008 | NORBERT JAWORSKI |
| | By:s/Deborah Agans,<br>    Deputy Clerk |

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**